No. 736, Misc., October Term, 1960. HARTFORD *v.* WICK, STATE HOSPITAL DIRECTOR, ET AL., 365 U. S. 839;

No. 874, Misc., October Term, 1960. MEDRANO *v.* UNITED STATES, 366 U. S. 968;

No. 929, Misc., October Term, 1960. KILLILEA ET AL. *v.* UNITED STATES, 366 U. S. 969;

No. 930, Misc., October Term, 1960. NICOL *v.* NATIONAL SAVINGS & TRUST Co., 366 U. S. 914;

No. 949, Misc., October Term, 1960. HILDERBRAND *v.* UNITED STATES, 366 U. S. 932;

No. 984, Misc., October Term, 1960. BYARS *v.* UNITED STATES, 366 U. S. 946;

No. 1002, Misc., October Term, 1960. BAYLESS *v.* UNITED STATES, 366 U. S. 971;

No. 1110, Misc., October Term, 1960. SHORTER *v.* UNITED STATES, 366 U. S. 975;

No. 1111, Misc., October Term, 1960. GENCO *v.* GENCO, 366 U. S. 976;

No. 1113, Misc., October Term, 1960. HARDEN *v.* UNITED STATES, 366 U. S. 976;

No. 1138, Misc., October Term, 1960. BENSINGER *v.* STEINER, WARDEN, 366. U. S. 957;

No. 1158, Misc., October Term, 1960. DEFINO *v.* MCNAMARA, SECRETARY OF DEFENSE, ET AL., 366 U. S. 976; and

No. 1194, Misc., October Term, 1960. TAYLOR *v.* FLOETE, DIRECTOR, GENERAL SERVICES ADMINISTRATION, ET AL., 366 U. S. 955. Petitions for rehearing denied.

No. 918, October Term, 1960. GREAT LAKES AIRLINES, INC., ET AL. *v.* CIVIL AERONAUTICS BOARD, 366 U. S. 965. Petition for rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.